# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**EARNEST RAY MACK**
**ADC #129856**                                                    **PLAINTIFF**

v.                     No. 1:19-cv-106-DPM-BD

**JARED DOVER, Sergeant, NCU;**
**JARED WALKER, Corporal, NCU;**
**JEREMY ALMAN, Sergeant, NCU;**
**and MARJORIE HALL, Head Nurse, NCU**              **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 32, and overrules Mack's objections, № 34 & № 42. FED. R. CIV. P. 72(b)(3). First, Mack has zealously and adequately represented himself so far, so there's no need for appointed counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). Second, Magistrate Judge Deere has scheduled an evidentiary hearing for this afternoon to address the placement/alert-list issues. Mack's motion for a temporary restraining order, № 15, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 February 2020