# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

EARNEST RAY MACK
ADC #129856                                                        PLAINTIFF

v.                       No. 1:19-cv-106-DPM-BD

JARED DOVER, Sergeant, NCU;
JARED WALKER, Corporal, NCU;
JEREMY ALMAN, Sergeant, NCU;
and MARJORIE HALL, Head Nurse, NCU                   DEFENDANTS

## ORDER

1. Report, № 57, appreciated. The Court withdraws the reference.

2. Mack's oral motion to dismiss his lawsuit is granted. His pending motions, № 45 & № 49, are denied without prejudice as moot. Defendants' motion for summary judgment, № 39, is denied without prejudice to their renewing it if Mack refiles. Mack's complaint will be dismissed without prejudice. An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2020