IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

EARNEST RAY MACK
ADC #129856                                                          PLAINTIFF

v.                          No. 1:19-cv-106-DPM

JARED DOVER, Sergeant, NCU;
JARED WALKER, Corporal, NCU;
JEREMY ALMAN, Sergeant, NCU;
and MARJORIE HALL, Head Nurse, NCU              DEFENDANTS

## JUDGMENT

Mack's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2020