## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

EARNEST RAY MACK
ADC #129856                                                         PLAINTIFF

v.                              No. 1:19-cv-106-DPM

JARED DOVER, Sergeant, NCU;
JARED WALKER, Corporal, NCU;
JEREMY ALMAN, Sergeant, NCU;
and MARJORIE HALL, Head Nurse, NCU            DEFENDANTS

### ORDER

Motion for transcript, *Doc. 62*, denied.   Hearings before the
Magistrate Judge are audio recorded;   but usually the recording is
transcribed only if an appeal is filed.   Motion for copies, *Doc. 62*,
granted.  The Court directs the Clerk to send Mack copies of the Court's
February 13th and February 14th report and Order, *Doc. 57 & 58*, and a
copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____23 June 2020_____